# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 22, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157770(35)

JOSHUA ZACKS,
          Plaintiff,

v

JEFF ZACKS, d/b/a UNLIMITED
INSTALLATIONS SERVICES,
          Defendant,
and

1101 WASHINGTON, LLC,
          Defendant/Cross-Plaintiff-
          Appellant,

v

TOTAL OUTDOOR CORPORATION,
          Defendant/Cross-Defendant-
          Appellee.
_____/

SC: 157770
COA: 342274
Wayne CC: 16-000653-NI

On order of the Chief Justice, the motion of defendant Jeff Zacks to file an answer to the application for leave to appeal is GRANTED. The answer submitted on August 20, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 22, 2018



Clerk